United States Court of Appeals
Fifth Circuit

**F I L E D**

**June 11, 2007**

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

No. 06-60762
Summary Calendar

FAISAL FATEH,

Petitioner,

versus

ALBERTO R. GONZALES, U.S. ATTORNEY GENERAL,

Respondent.

--------------------
Petition for Review of an Order of
the Board of Immigration Appeals
No. A79 006 057
--------------------

Before SMITH, WIENER, and OWEN, Circuit Judges.

PER CURIAM:[*]

Faisal Fateh petitions for review of a decision of the Board
of Immigration Appeals ("BIA"). We review the decision of the im-
migration judge, because as the BIA relied on it in its decision.
Mikhael v. INS, 115 F.3d 299, 302 (5th Cir. 1997). We review ques-

_____

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this
opinion should not be published and is not precedent except under the limited
circumstances set forth in 5TH CIR. R. 47.5.4.

tions of law <u>de novo</u>.  <u>Carbajal-Gonzalez v. INS</u>, 78 F.3d 194, 197 (5th Cir. 1996).

Fateh challenges the validity of the notice to appear, because it was signed by an "Interim District Director."  Fateh argues that Interim District Directors are not authorized to issue notices to appear, because they are not listed in 8 C.F.R. § 239.1.  This argument is unavailing.  The regulation allows for another officer, such as the Interim District Director in Fateh's case, to act in the "capacity" of the District Director until the position is permanently filled.  <u>See</u> 8 C.F.R. § 239.1.

The petition for review is DENIED.